No. 91–353. C. C. *v.* P. C. ET AL. Sup. Ct. Wis. Certiorari denied.

No. 91–358. HUDSON *v.* LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 91–360. MISSOURI ET AL. *v.* JENKINS ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–366. DEMPSEY *v.* TOWN OF BRIGHTON, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–370. PERRY *v.* SCHULZE. C. A. 9th Cir. Certiorari denied.

No. 91–376. BOSSIO ET AL. *v.* GENERAL MOTORS CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–384. IN RE COHRAN. Sup. Ct. Ga. Certiorari denied.

No. 91–386. PETRONE *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 91–387. TIDMORE OIL CO., INC. *v.* BP OIL CO./GULF PRODUCTS DIVISION OF BP OIL CO. C. A. 11th Cir. Certiorari denied.

No. 91–394. NEAL *v.* HAWLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–415. WONDERWHEEL ET AL. *v.* MENDOCINO COUNTY, CALIFORNIA, SUPERIOR COURT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–430. WELLMAN *v.* WELLMAN ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–450. HINTON *v.* UNITED STATES; and
No. 91–5766. MITCHELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 935 F. 2d 1288.

No. 91–460. THOMAS *v.* DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 91–463. IDONE ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.